



Robert Lowney
DCAD Chief

**CENTRAL VIOLATIONS BUREAU**
P.O. Box 780549
San Antonio, TX 78278

Ted C. Willmann
Branch Chief

(800) 827-2982
FAX: (210) 301-6401

The following has been received at the Central Violations Bureau and is being forwarded to your court for further action. If you have any further questions, please call (800) 827-2982, ext 6408

**District:** DISTRICT OF NEBRASKA

**Location Code:** NE17          **Citation Number(s):** W0900896

| | | |
|---|---|---|
| LINC | **Hearing Site** | The location where the citation is scheduled. |
| 04/07/2011 | **Ticket/Docket Date** | The date the citation is scheduled for court. |
| | **Protest** | The defendant is requesting a court date to protest the citation. |
| | **Correspondence** | The defendant is providing correspondence for the court to consider regarding the citation. |
| ✓ | **Miscellaneous** | See Remarks Section |

**Remarks:**
Agency request for void of citation(s).


_____          April 8, 2011
Jacqueline Flores                  **Date**
Case Processor

__X__ Dismissal Approved

_____ Further action to be taken by CVB or Agency, please specify:

Ordered this 21st Day of April 2011  _____  BF607
                                     U.S. Magistrate Judge        Magistrate Code

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY



 

**SA Mike Damico**
**U. S. FISH AND WILDLIFE SERVICE**
**OFFICE OF LAW ENFORCEMENT**
**Box 1086**
**NORTH PLATTE, NEBRASKA 69103**
**PHONE: (308) 534-0925**
**FAX: (308) 532-2723**

DATE: 04/04/11

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

To Whom It May Concern,

My name is Mike Damico. I am a Special Agent with the US Fish & Wildlife Service, Department of the Interior. My CVB Location Code is NE17.

This letter is my request that you void the Violation Notice, w0900896, that was issued to Headwaters Corporation, 4111 4th Avenue, Suite 6, Kearney, Nebraska. This Violation Notice was issued February17th, 2011, and I was the issuing officer.

This action is necessary due to additional considerations which have come to my attention during the course of the investigation.

Thank you for your assistance in this matter.

Please feel free to call at 308/534-0925, if I can be of further assistance.

Sincerely,

SA Mike Damico

# U.S. Fish and Wildlife Service
# United States District Court
# Violation Notice

CVB Location Code: **NE17**

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| W 0900896 | SA Damico | 435 |

W 0900896

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 04/02/2010 | 16 U.S.C. 703-712 |

**Place of Offense:** Buffalo County, Nebraska

**Offense Description:** Take of migratory game bird (Canada goose) nest without permit

## DEFENDANT INFORMATION
Phone ( 308 ) 237 - 5728

| Last Name | First Name | M I |
|---|---|---|
| HEADWATERS Corp. | | |

**Street Address:** 4111 4th Avenue Suite 6

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Kearney | NE | 68845 | |

| Drivers License No | D L State | Social Security No |
|---|---|---|

| ☐ Adult ☐ Juvenile | Sex ☐ Male ☐ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|

### VEHICLE DESCRIPTION | VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ 500.00 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 525.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh mm) |